IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jalaina Kraeff and Kyrill C. Kraeff, | C/A No. 3:13-cv-1778-JFA |
| Plaintiffs, | |
| vs. | **ORDER** |
| Service Experts Heating & Air Conditioning LLC, | |
| Defendant. | |

## CONSENT ORDER STAYING THE CASE

On joint motion of Plaintiff and Defendant and for good cause shown, it is ORDERED as follows:

1. All pending motions and deadlines are stayed until November 29, 2013.

2. The parties may continue to engage in discovery in order to pursue a meaningful mediation.

3. On or before November 29, 2013, Plaintiff's attorney shall provide the court a report describing the status of negotiations between the parties to resolve the case.

4. The terms of this order may be modified, amended, or extended on motion of any party for good cause shown.

IT IS SO ORDERED.

September 3, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge